IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFERY J. HARRIS, #311449, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO. 17-300-CG-B |
| GROVER SMITH, *et* al., | ) ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determinations of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 30, 2019 (Doc. 78) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Motion for Leave to Amend, Joinder and Removal of Parties (Doc. 61) is **DENIED**.

**DONE and ORDERED** this 9th day of October, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE